1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8   CLARENCE GAMBLE,                    )
                                        )
9              Plaintiff,               )
                                        )
10         v.                           )          2:15-cv-00619-JAD-VCF
                                        )
11  BRIAN WILLIAMS,                     )          **ORDER**
                                        )
12             Defendant.               )
                                        )
13  _____  )

14         On February 16, 2016, the Court issued an order granting Plaintiff's application to

15  proceed *in forma pauperis* and directing the Clerk of Court to serve defendant. (ECF No. 16).

16  The Court's order was entered prematurely and the Court now VACATES the February 16,

17  2016 order and reinstates Plaintiff's application to proceed *in forma pauperis* (ECF No. 1).

18         **IT IS THEREFORE ORDERED** the Clerk of the Court shall **vacate** the February 16,

19  2016, Order (ECF No. 16).

20         **IT IS FURTHER ORDERED** that the Clerk of the Court shall **reinstate** Plaintiff's

21  application to proceed *in forma pauperis* (ECF No. 1).

22         **IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** a copy of this order to

23  the Finance Division of the Clerk's Office.  The Clerk of the Court shall also **SEND** a copy of

24  this order to the attention of the Chief of Inmate Services for the Nevada Department of

25  Corrections, P.O. Box 7011, Carson City, NV 89702.  No filing fee is due in the above-

26  referenced case, 2:15-cv-00619-JAD-VCF, and no funds should be withdrawn from Plaintiff's

27  account for this case at this time.  The Court will rule on the application to proceed *in forma*

28  *pauperis* at a later date.

           **IT IS FURTHER ORDERED** that the Plaintiff's motion for leave to file an amended

complaint (ECF No. 17) is granted.  The Court will screen Plaintiff's amended complaint (ECF No. 17-1) in due course.

   **IT IS FURTHER ORDERED** the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, a copy of his original complaint (ECF No. 1-1), and a copy of the screening order (ECF No. 2).  If Plaintiff chooses to file an amended complaint, he must use the approved form and he shall write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

   **IT IS FURTHER ORDERED** that if Plaintiff fails to file an amended complaint within **30 days**, this case shall proceed on the deliberate indifference claim against defendant Williams only.

   DATED: This __10th__ day of March, 2016.

   _____
   United States Magistrate Judge

2