# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

CLARENCE GAMBLE,

        Plaintiff,

vs.

SOUTHERN DESERT CORRECTIONAL CENTER, *et al.*,

        Defendants.

2:15-cv-00619-JAD-VCF

**ORDER**

      Before the Court is Plaintiff's Motion for Enlargement of Time to Conduct Discovery (ECF No. 42). Defendants filed a non-opposition to Plaintiff's request to extend the discovery deadlines by sixty days. (ECF No. 44).

      Accordingly,

      IT IS HEREBY ORDERED that the Plaintiff's Motion for Enlargement of Time to Conduct Discovery (ECF No. 42) is GRANTED.

      IT IS FURTHER ORDERED that the following discovery deadlines apply:

**Scheduling Order**

1. Discovery must be completed by **September 18, 2017**.

2. Any and all pleadings that may be brought under Fed. R. Civ. P. 13 & 14, or joining additional parties under Fed. R. Civ. P. 19 & 20, shall be filed and served not later than **June 20, 2017**. Any party causing additional parties to be joined or brought into this action shall contemporaneously therewith cause a copy of this Order to be served upon the new party or parties.

3. Amendments to pleadings as provided for under Fed. R. Civ. P. 15, if the same are allowed without leave of court, or motions for leave to amend, shall comply with LR 15-1 and shall be filed and served not later than **June 20, 2017**.

4. Expert disclosures shall be made on or before **July 20, 2017**, and the disclosures of rebuttal experts shall be made thirty (30) days after the initial disclosures of experts, and not later than **August 20, 2017**.

5. Dispositive Motions shall be filed and served no later than thirty (30) days after the close of discovery, or **October 20, 2017**.

6. The Joint Pretrial Order is due thirty (30) days after the dispositive motions deadline, or on **November 20, 2017**. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's rulings on the motions or by further order of the court.

7. The Interim Status Report is due sixty (60) days prior to discovery cut-off or **July 20, 2017**.

8. EXTENSIONS OF DISCOVERY: Pursuant to LR 26-4, an extension of the discovery deadline will not be allowed without a showing of good cause. All motions or stipulations to extend discovery shall be received by the Court at least twenty-one (21) prior to the expiration of the subject deadlines. The motion or stipulation shall include:

(a) A statement specifying the discovery completed by the parties of the date of the motion or stipulation;

(b) A specific description of the discovery which remains to be completed;

(c) The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and

///

///

///

///

(d) A proposed schedule for the completion of all remaining discovery.

IT IS SO ORDERED.

DATED this 28th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE