|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| *** | |
| CLARENCE GAMBLE,<br><br>               Plaintiff,<br><br>vs.<br><br>SOUTHERN DESERT CORRECTIONAL CENTER, *et al.*,<br><br>               Defendants. | 2:15-cv-00619-JAD-VCF<br>**ORDER** |

Plaintiff has filed a motion seeking appointment of counsel. (ECF No. 46). Defendants opposed. (ECF No. 47).

A litigant in a civil rights action does not have a Sixth Amendment right to appointed counsel. *Storseth v. Spellman*, 654 F.2d 1349, 13253 (9th Cir. 1981).

The court may appoint counsel under 28 U.S.C. § 1915 only under exceptional circumstances. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved. Neither of these factors is dispositive and both must be viewed together before reaching a decision." *Id.* (citations and internal quotation marks omitted). The court has reviewed the complaint and filings in this case. Here, the Court finds exceptional circumstances that warrant the appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that the Motion for Appointment of Counsel (ECF No. 46) is GRANTED.

This case is referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2016-02 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Plaintiff Clarence Gamble. The scope of appointment shall be for all

purposes through the conclusion of trial.  By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case.

     IT IS HEREBY ORDERED that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

     IT IS FURTHER ORDERED that the Clerk shall also forward this order to the Pro Bono Liaison.

     DATED this 7th day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE