# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CLARENCE GAMBLE,<br><br>        Plaintiffs,<br><br>vs.<br><br>SOUTHERN DESERT CORRECTIONAL CENTER, *et al.*,<br><br>        Defendants. | 2:15-cv-00619-JAD-VCF<br>**ORDER** |

        Before the Court are Plaintiff's Motion for Clarification of Court's Existing Orders (ECF No. 52) and Motion for Extension of Time to Extend Discovery Deadlines (ECF No. 53). Defendants have filed a non-opposition to the motion to extend discovery deadlines (ECF No. 54).

        On June 8, 2017, the Court referred this case to the pro bono program for the purpose of appointing a pro bono attorney to represent Plaintiff to the conclusion of this case. (ECF No. 50). To date, the court is attempting to secure representation for Plaintiff through Washoe Legal Services.

        Accordingly,

        IT IS HEREBY ORDERED that Plaintiff's Motion for Clarification of Court's Existing Orders (ECF No. 52) and Motion for Extension of Time to Extend Discovery Deadlines (ECF No. 53) are GRANTED.

        IT IS FURTHER ORDERED that discovery is stayed to allow Washoe Legal Services additional time to secure pro bono representation for Plaintiff.

        DATED this 21st day of August, 2017.

                                                                                    CAM FERENBACH
                                                                                   UNITED STATES MAGISTRATE JUDGE