**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CLARENCE GAMBLE,<br><br>            Plaintiff,<br><br>vs.<br><br>SOUTHERN DESERT CORRECTIONAL CENTER, *et al.*,<br><br>            Defendants. | 2:15-cv-00619-JAD-VCF<br>**<u>ORDER</u>** |

On January 20, 2017, the court entered a discovery plan and scheduling order. Discovery due by July 19, 2017. (ECF No. 39). On April 4, 2017, Plaintiff filed a motion to extend discovery deadlines and the court granted his motion. (ECF Nos. 42 and 45). Discovery cut-off ended on September 18, 2017. *Id.* On August 21, 2017, the Court granted Plaintiff's second motion to extend discovery deadlines and stayed discovery to allow Washoe Legal Services additional time to secure pro bono counsel. (ECF No. 55).

Before the Court is Plaintiff's motion for leave to begin discovery, filed on October 13, 2017. (ECF No. 56). Defendants filed a non-opposition to the instant motion. (ECF No. 57). Given Plaintiff's wish to proceed without pro bono counsel, the discovery stay is lifted.

Accordingly,

IT IS HEREBY ORDERED that the Plaintiff's motion for leave to begin discovery (ECF No. 56) is GRANTED.

IT IS FURTHER ORDERED that the discovery stay is LIFTED.

IT IS FURTHER ORDERED that the following discovery deadlines apply:

**Scheduling Order**

1. Discovery must be completed by **February 16, 2018**.

2. Amendments to pleadings – The time to amend pleadings have passed and will not be extended.

3. Expert disclosures must be made on or before **December 15, 2017**, and the disclosures of rebuttal experts shall be made thirty (30) days after the initial disclosures of experts, and not later than **January 16, 2018**.

4. Dispositive Motions shall be filed and served no later than thirty (30) days after the close of discovery, or **March 19, 2018**.

5. The Joint Pretrial Order is due thirty (30) days after the dispositive motions deadline, or on **April 19, 2018**. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's rulings on the motions or by further order of the court.

6. The Interim Status Report is due sixty (60) days prior to discovery cut-off or **December 15, 2017**.

7. EXTENSIONS OF DISCOVERY: Pursuant to LR 26-4, an extension of the discovery deadline will not be allowed without a showing of good cause. All motions or stipulations to extend discovery shall be received by the Court at least twenty-one (21) prior to the expiration of the subject deadlines. The motion or stipulation shall include:

(a) A statement specifying the discovery completed by the parties of the date of the motion or stipulation;

(b) A specific description of the discovery which remains to be completed;

(c) The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and

///

///

(d) A proposed schedule for the completion of all remaining discovery.

IT IS SO ORDERED.

DATED this 21st day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE