# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Clarence Gamble,

      Plaintiff

v.

Southern Desert Correctional Center, et al.,

      Defendants

Case No.: 2:15-cv-00619-JAD-VCF

**Order Granting Temporary Stay**

[ECF Nos. 61, 64]

On June 8, 2017, the court granted plaintiff Clarence Gamble's request to appoint counsel and referred this case to the Pilot Pro Bono Program "adopted in General Order 2016-02 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for" Gamble.[1]  Despite the program's efforts, willing counsel has not yet been located, but efforts to find counsel continue.

Gamble asks the court to stay this case until counsel is appointed,[2] and the defendants do not oppose that request.[3]  However, because the court cannot guarantee that pro bono counsel will be found for Gamble, the court is not willing to stay this case indefinitely.  Accordingly, I find good cause to grant a temporary stay to give the program another three months to attempt to locate counsel.  If no counsel has been appointed within those three months, any party may move to extend this stay, and the court will reconsider at that time whether an additional stay is warranted.

Accordingly, IT IS HEREBY ORDERED that the Motion to Stay **[ECF No. 61] is GRANTED in part.  All proceedings in this case are stayed until June 1, 2018**, to allow the Pilot Pro Bono Program additional time to locate counsel for the plaintiff.  And Gamble's

---

[1] ECF No. 50.

[2] ECF No. 61.

[3] ECF No. 62.

deadline to file an opposition to the defendants' pending motion for summary judgment [ECF No. 63] is extended to June 22, 2018.

The court also finds compelling medical-privacy reasons to grant the defendants' request to file Exhibits E, F, and I in support of its motion for summary judgment [ECF No. 63] under seal.[4]  Accordingly, IT IS FURTHER ORDERED that the motion to seal Exhibits E, F, and I **[ECF No. 64] is GRANTED.**

Dated this 29th day of March, 2018.

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).