LAUREN D. CALVERT, ESQ.
Nevada Bar No. 10534
**MESSNER REEVES LLP**
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: lcalvert@messner.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARENCE GAMBLE,<br><br>    Plaintiff,<br>v.<br><br>SOUTHERN DESERT CORRECTIONAL CENTER, et al.,<br><br>    Defendants. | CASE NO: 2:15-cv-00619-JAD-VCF<br><br>**STIPULATION AND**<br>**ORDER TO LIFT STAY**<br><br>ECF No. 79 |

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, by and through his counsel, Lauren Calvert, Esq., of MESSNER REEVES LLP, and Defendants, by and through their counsel, Matthew P. Feeley, Deputy Attorney General State of Nevada, OFFICE OF THE ATTORNEY GENERAL, that the Stay in this matter be lifted and vacated and that Defendants'

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

pending Motion for Summary Judgment be set for decision in this matter, all briefing having been completed.

DATED this 16th day of January, 2019.    DATED this 16th day of January, 2019.

**MESSNER REEVES LLP**    **OFFICE OF THE ATTORNEY GENERAL**

/s/ Lauren D. Calvert, Esq.    /s/ Matthew P. Feeley, Esq.
LAUREN D. CALVERT, ESQ.    MATTHEW P. FEELEY
Nevada Bar No. 10534    Nevada Bar No. 13336
8945 West Russell Road, Suite 300    555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89148    Las Vegas, Nevada 89101
Telephone: (702) 363-5100    (702) 486-3125 (phone)
E-mail: lcalvert@messner.com    Email: mfeeley@ag.nv.gov
*Attorneys for Plaintiff*    *Attorneys for Defendants Brian Williams, Frank Dreesen, Romeo Aranas, and Benedicto Gutierrez*

## **ORDER**

IT IS SO ORDERED that the Stay in this matter be lifted, based upon the Stipulation and Agreement of the Parties herein.

The court will issue a ruling on the pending motion for summary judgment [ECF No. 63] in the normal course.

Dated: 1/28/2019

_____
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted by:

**MESSNER REEVES LLP**

By: /s/ Lauren Calvert, Esq.
LAUREN D. CALVERT, ESQ.
Nevada Bar No. 10534
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
*Attorneys for Plaintiff*