# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CLARENCE GAMBLE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SOUTHERN DESERT CORRECTIONAL, *et al.*,<br><br>　　　　　Defendants. | 2:15-cv-00619-JAD-VCF<br>**ORDER** |

　　　　Before the court is *Clarence Gamble v. Southern Desert Correctional, et al.*, case number 2:15-cv-00619-JAD-VCF.

　　　　Due to a scheduling conflict on the court's calendar,

　　　　IT IS HEREBY ORDERED that the settlement conference scheduled for August 1, 2019, is VACATED and RESCHEDULED to 10:00 AM, August 30, 2019. The confidential statement is due by 4:00 PM, August 23, 2019. All else as stated in the Order scheduling the settlement conference (ECF No. 84) remains unchanged.

　　　　DATED this 16th day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE