# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CLARENCE GAMBLE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SOUTHERN DESERT CORRECTIONAL CENTER, *et al.*,<br><br>　　　　　Defendants. | 2:15-cv-00619-JAD-VCF<br>**<u>ORDER</u>** |

　　　　Before the court is Plaintiff's Motion to Excuse Personal Appearance of Plaintiff Clarence Gamble, or in the Alternative, to Order Plaintiff be Transported from NNCC to Las Vegas (ECF No. 88).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that a telephonic hearing is scheduled for 11:00 AM, August 9, 2019, in Courtroom 3D.

　　　　The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

　　　　DATED this 29th day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE