AARON D. FORD
  Attorney General
Henry H. Kim (Bar No. 14390)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email:  hkim@ag.nv.gov

*Attorneys for Defendants*
*Brian Williams, Frank Dreesen,*
*Romeo Aranas, and Benedicto Gutierrez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARENCE GAMBLE, | Case No. 2:15-cv-00619-JAD-VCF |
| Plaintiff, | |
| v. | |
| SOUTHERN DESERT CORRECTIONAL CENTER, et al., | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| Defendants. | |

The Parties, through their respective attorneys of record, hereby stipulate and request that this Court extend the deadline for the Parties to file dispositive motions in this case by ninety days.

Currently deadline for filing dispositive motions is January 15, 2021 (erroneously noted as January 15, 2020 in ECF No. 102). After an extension of ninety days. Dispositive motions will be due on or before April 15, 2021. The date for filing the Joint Pre-Trial Order will be thirty days after a decision on any dispositive motions or further order of the Court.
      May 17, 2021
///

This request does not affect any other discovery deadlines.

DATED this 19th day of January, 2021          DATED this 19th day of January, 2021

MESSNER REEVES, LLP                            AARON D. FORD
                                               Attorney General

By: /s/ Lauren D. Calvert, Esq.                By: /s/ Henry H. Kim
    Lauren Calvert, Esq. (No. 10534)             Henry H. Kim (No. 14390)
    *Attorney for Plaintiff*                      Deputy Attorney General
                                              *Attorneys for Defendants*
                                              *Brian Williams, Frank Dreesen,*
                                              *Romeo Aranas, and Benedicto Gutierrez*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
       1-19-2021
Dated: _____