AARON D. FORD
  Attorney General
Henry H. Kim (Bar No. 14390)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: hkim@ag.nv.gov

*Attorneys for Defendants*
*Brian Williams, Frank Dreesen,*
*Romeo Aranas, and Benedicto Gutierrez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARENCE GAMBLE, | Case No. 2:15-cv-00619-JAD-VCF |
| Plaintiff, | |
| v. | |
| SOUTHERN DESERT CORRECTIONAL CENTER, et al., | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| Defendants. | |

The Parties, through their respective attorneys of record, hereby stipulate and request that this Court extend the deadline for the Parties to file dispositive motions in this case by ninety days.

Currently deadline for filing dispositive motions is April 15, 2021 (ECF No. 106). After an extension of ninety days, dispositive motions will be due on or before July 14, 2021. The date for filing the Joint Pre-Trial Order will be thirty days after a decision on any dispositive motions or further order of the Court.

/ / /

This request does not affect any other discovery deadlines.

DATED this 13th day of April, 2021

MESSNER REEVES, LLP

By: /s/ Lauren D. Calvert, Esq.
Lauren Calvert, Esq. (No. 10534)
*Attorney for Plaintiff*

DATED this 13th day of April, 2021

AARON D. FORD
Attorney General

By: /s/ Henry H. Kim
Henry H. Kim (No. 14390)
Deputy Attorney General
*Attorneys for Defendant
Brian Williams, Frank Dreesen
Romeo Aranas, and
Benedicto Gutierrez*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 4-13-2021 _____