AARON D. FORD
 Attorney General
Henry H. Kim (Bar No. 14390)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: hkim@ag.nv.gov

*Attorneys for Defendants*
*Brian Williams, Frank Dreesen,*
*Romeo Aranas, and Benedicto Gutierrez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLARENCE GAMBLE, | Case No. 2:15-cv-00619-JAD-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| SOUTHERN DESERT CORRECTIONAL CENTER, et al., | |
| Defendants. | |

The Parties, through their respective attorneys of record, hereby stipulate and request that this Court extend the deadline for the Parties to file dispositive motions in this case by ninety days.

Currently deadline for filing dispositive motions is October 12, 2021. After an extension of ninety days, the dispositive motions will be due on or before January 10, 2022. The date for filing the Joint Pre-Trial Order will be thirty days after a decision on any dispositive motions or further order of the Court.

. . .

. . .

. . .

1 | This request does not affect any other discovery deadlines.

2 | DATED this 7th day of October, 2021.

MESSNER REEVES, LLP

AARON D. FORD
Attorney General

By: /s/ Lauren D. Calvert, Esq.
    Lauren Calvert, Esq. (No. 10534)
    *Attorney for Plaintiff*

By: /s/ Henry H. Kim
    Henry H. Kim (No. 14390)
    Deputy Attorney General
    *Attorneys for Defendants,*
    *Brian Williams, Frank Dreesen.*
    *Romeo Aranas and Benedicto Gutierrez*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 10-7-2021