# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Clarence Gamble,

    Plaintiff

v.

Southern Desert Correctional Center, et al.,

    Defendants

Case No.: 2:15-cv-00619-JAD-VCF

**Order Directing Substitution of Parties by July 5, 2022**

    Plaintiff's response to the pending motion for summary judgment states that Plaintiff Clarence Gamble has "passed away" and that "his estate was subsequently established by current counsel."[1]  To date, however, plaintiff's counsel has not moved to substitute in the estate as the proper plaintiff.  Federal Rule of Civil Procedure 25(a)(1) states that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. . . . If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed."  Because Gamble's death was noted in plaintiff's April 6, 2022, filing, IT IS ORDERED THAT plaintiff's counsel has until July 5, 2022, to file any appropriate substitution motion.  Failure to do so may result in the dismissal of this case under Rule 25 without further prior notice.

    _____
    U.S. District Judge Jennifer A. Dorsey
    April 13, 2022

---

[1] ECF No. 116 at 4.